UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIJEAN HAMILTON and CLAY TIDWELL, husband and wife.<br><br>Plaintiff(s),<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; JAKIR HOSSAIN; USAA INSURANCE COMPANY; GARRISON PROPERTY & CASUALTY INSURANCE COMPANY; and JOHN and JANE DOES 1-3; and ABC CORPORATION 1-3,<br><br>Defendants. | Civil Action No.:<br><br>**NOTICE OF REMOVAL**<br><br>**CERTIFICATE OF SERVICE** |

I, Teagan S. Allen, Esq., hereby certify that a true and correct copy of the foregoing Notice of Removal and supporting documents and Rule 7.1 Corporate Disclosure Statement for Defendant Uber Technologies, Inc. was filed with the Court and served on counsel for Plaintiffs and Defendant via electronic filing, and U.S. Mail on or about December 29, 2017.

> Andrew R. Spirt, Esquire
> Golomb & Honik
> 1515 Market Street
> Suite 1100
> Philadelphia, PA 19102
> *Attorneys for Plaintiffs*
>
> Jakir Hossain
> 711 86th Avenue, 2nd Floor
> Woodhaven, NY 11421
>
> USAA Insurance Company
> 9800 Fredericksburg Road
> San Antonio, TX 78288
>
> Garrison Property & Casualty Insurance Company
> 9800 Fredericksburg Road
> San Antonio, TX 78288

Respectfully submitted,
**GOLDBERG SEGALLA LLP**
*Attorneys for Uber Technologies, Inc.*

*Teagan S. Allen*
_____
TEAGAN S. ALLEN, ESQ.
Mailing Address: P.O. Box 847 Buffalo, NY 14201
1037 Raymond Blvd., Suite 1010
Newark, New Jersey 07102
(p): 973.681.7027
(f): 973.681.7101
tallen@goldbergsegalla.com

Dated:   January 2, 2018