UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARIJEAN HAMILTON and CLAY TIDWELL, husband and wife.<br><br>Plaintiff(s),<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.; JAKIR HOSSAIN; USAA INSURANCE COMPANY; GARRISON PROPERTY & CASUALTY INSURANCE COMPANY; and JOHN and JANE DOES 1-3; and ABC CORPORATION 1-3,<br><br>Defendants. | Civil Action No.: 2:18-cv-00028-KM-SCM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**THIS MATTER** in difference in the above entitled action having been amicably settled and adjusted by and between all parties, it is hereby stipulated and agreed that Plaintiffs, Marijean Hamilton and Clay Tidwell's claims against Defendants, Uber Technologies, Inc., Jakir Hossain, USAA Insurance Company, and Garrison Property & Causalty Insurance Company, are hereby dismissed, with prejudice.

**GOLOMB & HONIK**
*Attorneys for Plaintiffs, Marijean Hamilton & Clay Tidwell*


By: _____
      Andrew Spirt, Esq.

Date: 8/1/29

**GOLDBERG SEGALLA, LLP**
*Attorneys for Defendant, Uber Technologies, Inc.*


By: _____
      Teagan S. Allen, Esq.

Date:

23332281.v1

**RONAN, TUZZIO & GIANNONE**
*Attorneys for Defendant, Jakir Hossain*

By: _____
Thomas Holl, Esq.

Date: 8/1/19

**MARSHALL,   DENNEHEY,   WARNER,
COLEMAN & GOGGIN**
*Attorneys for Defendant, USAA Insurance
Company and Garrison Property & Casualty
Insurance Company*

By:_____
George P. Helfrich, Esq.

-Date:

23332281.v1

**RONAN, TUZZIO & GIANNONE**
*Attorneys for Defendant, Jakir Hossain*

By: _____
      Thomas Holl, Esq.

Date:

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
*Attorneys for Defendant, USAA Insurance Company and Garrison Property & Casualty Insurance Company*

By: _____
      George P. Helfrich, Esq.

Date: