## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIJEAN HAMILTON and CLAY TIDWELL, husband and wife. | Civil Action No.: 2:18-cv-00028-KM-SCM |
| Plaintiff(s), | |
| vs. | |
| UBER TECHNOLOGIES, INC.; JAKIR HOSSAIN; USAA INSURANCE COMPANY; GARRISON PROPERTY & CASUALTY INSURANCE COMPANY; and JOHN and JANE DOES 1-3; and ABC CORPORATION 1-3, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | |

**THIS MATTER** in difference in the above entitled action having been amicably settled and adjusted by and between all parties, it is hereby stipulated and agreed that Plaintiffs, Marijean Hamilton and Clay Tidwell's claims against Defendants, Uber Technologies, Inc., Jakir Hossain, USAA Insurance Company, and Garrison Property & Casualty Insurance Company, are hereby dismissed, with prejudice.

**GOLOMB & HONIK**
*Attorneys for Plaintiffs, Marijean Hamilton & Clay Tidwell*

By: _____
Andrew Spirt, Esq.

Date: 8/1/19

**GOLDBERG SEGALLA, LLP**
*Attorneys for Defendant, Uber Technologies, Inc.*

By: _____
Teagan S. Allen, Esq.

Date:

23332281.v1

| | |
|---|---|
| **RONAN, TUZZIO & GIANNONE**<br>*Attorneys for Defendant, Jakir Hossain*<br><br>By: *[signature]*<br>Thomas Holl, Esq.<br><br>Date: 8/1/19 | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**<br>*Attorneys for Defendant, USAA Insurance Company and Garrison Property & Casualty Insurance Company*<br><br>By:_____<br>George P. Helfrich, Esq.<br><br>·Date: |

23332281.v1

| | |
|---|---|
| **RONAN, TUZZIO & GIANNONE**<br>*Attorneys for Defendant, Jakir Hossain* | **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**<br>*Attorneys for Defendant, USAA Insurance Company and Garrison Property & Casualty Insurance Company* |
| By: _____<br>Thomas Holl, Esq.<br><br>Date: | By: *[signature]*<br>George P. Helfrich, Esq.<br><br>Date: |

SO ORDERED

*[signature]*

Kevin McNulty, U.S.D.J.

Date: 8/2/19

23332281.v1